IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    **Plaintiff**<br><br>    **v.**<br><br>**JUAN JOSE ROSARIO SILVESTRE ,**<br>    **Defendant.** | **Criminal No. 08-307 (ADC)** |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is an unopposed Report and Recommendation issued by Magistrate-Judge Camille Vélez-Rivé on September 9, 2008. (**Docket No. 59**). In said Report and Recommendation the Magistrate-Judge recommends that: defendant **Juan José Rosario-Silvestre** be adjudged guilty of the offenses charged in a one count Information (T. 8, U.S.C. § 1326(a)(2) and (b)(1)) inasmuch as, his plea of guilty was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules. See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Magistrate-Judge's Report and Recommendation in its entirety.

Accordingly, a judgment of conviction is to be entered as to Count I of the Information in the above-captioned case.

**The sentencing hearing is set for December 17, 2008 at 4:30 p.m.**

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 7th day of October, 2008.

                                        S/**AIDA M. DELGADO-COLON**
                                        **United States District Judge**